IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILAGROS LUDY, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | : | NO. 07-2422 |
| Defendant. | | |

### ORDER

AND NOW, this 30th day of June, 2008, upon consideration of the parties' cross-Motions for Summary Judgment, and after careful review of the Report and Recommendation of United States Magistrate Judge Peter S. Scuderi, and no objections having been filed, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation dated June 23, 2008, is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Motion for Summary Judgment is **DENIED**; and

3. The Defendant's Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

*/s/ Petrese B. Tucker*

Hon. Petrese B. Tucker, U.S.D.J.